

**Wilshire Credit Corporation**

**Payments**
P.O. Box 7195; Pasadena, CA  91109-7195

**Correspondence**
P.O. Box 8517; Portland, OR  97207-8517

**Phone**
(888) 502-0100

**Fax**
(503) 952-7476

**Web Site**
www.wcc.ml.com

July 16, 2009

Clerk of the Court
US Bankruptcy Court
NEVADA - District of Nevada (Las Vegas)
300 Las Vegas Boulevard South
Las Vegas, NV  89101


Re:     Kenneth M Shaddy
        Bankruptcy Case No. 09-22341
        Wilshire Loan No. 478504

Dear Clerk of the Court:

    Wilshire Credit Corporation is servicer of the mortgage in the above named debtor(s) bankruptcy case.  Please add the following name and address to the debtor(s)' mailing matrix:

            Wilshire Credit Corporation
            PO Box 1650
            Portland, OR  97207-1650


    If you have any questions please do not hesitate to call the undersigned

                        Sincerely,



                        /s/ Arlene Gray
                        Bankruptcy Specialist