# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–22341–bam</u>
Chapter 7

In re: (Name of Debtor)
    KENNETH M SHADDY                          CASSANDRA B CLEMONS
    5435 BASSET HOUND AVE             5435 BASSET HOUND AVE
    LAS VEGAS, NV 89131                 LAS VEGAS, NV 89131

Social Security No.:
    xxx–xx–5750                                     xxx–xx–4142

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/4/11                                        BY THE COURT

                                                           *Mary A. Schott*
                                                           Mary A. Schott
                                                           Clerk of the Bankruptcy Court